PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| YUE HUANG, | CASE NO. 2:23-CV-02184-KJM-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR TEMPORARY STAY |
| v. | |
| MERRICK GARLAND, ET AL., | |
| Defendants. | |

    The Defendants respectfully request to stay this case through June 19, 2024, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudicating her pending asylum application, which she filed in December 2015. USCIS has scheduled Plaintiff's asylum interview for February 20, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days.

///

///

///

///

1

      The parties therefore stipulate that this matter be stayed through June 19, 2024.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  December 8, 2023
                PHILLIP A. TALBERT
                United States Attorney

            By:  /s/ ELLIOT C. WONG
                    ELLIOT C. WONG
                    Assistant United States Attorney

                    /s/ DOUGLAS INGRAHAM
                    DOUGLAS INGRAHAM
                    Counsel for Plaintiff

## ORDER

Finding good cause, the court hereby orders this matter stayed through June 19, 2024. The parties are directed to file a joint notice within fourteen (14) days after USCIS completes its adjudication of plaintiff's application, reporting the outcome and its implications for this action. Previously set filing and case management deadlines are VACATED and will be reset as appropriate.

IT IS SO ORDRED.

DATED:  December 11, 2023.

                    CHIEF UNITED STATES DISTRICT JUDGE