1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Respondents
6  United States of America

7

8                      IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  YUE HUANG,                          CASE NO. 2:23-CV-02184 KJM-KJN

12                  Plaintiff,           STIPULATION AND [PROPOSED] ORDER
                                         FOR SECOND EXTENSION OF TIME
13          v.

14  USCIS, ET AL.,

15                  Respondents.

16

17

18

19

20
        On December 12, 2023, this Court granted the Parties' request to temporarily stay this matter
21
    through June 19, 2024 (ECF 11). The Defendants respectfully request to stay this case through July 22,
22
    2024, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and
23
    Immigration Services ("USCIS") has unreasonably delayed adjudicating her pending asylum
24
    application, which she filed in December 2015. USCIS held Plaintiff's asylum interview in February 20,
25
    2024, but has some additional work to do before adjudication can be completed. The parties anticipate
26
    that USCIS will complete its adjudication of Plaintiff's application shortly.
27
        .
28

The parties therefore stipulate that this matter be stayed through June 19, 2024. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: June 27, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/DOUGLAS INGRAHAM
DOUGLAS INGRAHAM
Counsel for Plaintiff

## ORDER

This action is **stayed** through July 22, 2024.  The parties shall file a joint statement on or before that date summarizing the status of the USCIS adjudication and any other related matters.  All other dates and deadlines are **vacated**.

It is so ordered.

DATED: July 3, 2024.

CHIEF UNITED STATES DISTRICT JUDGE